# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D23-938
Lower Tribunal No. GC19-427

_____

ADVENTIST HEALTH SYSTEM d/b/a ADVENTHEALTH SEBRING,

Appellant,

v.

DONNA J. STANFORD,

Appellee.

_____

Appeal from the Circuit Court for Highlands County.
Angela L. Cowden, Judge.

January 9, 2024

PER CURIAM.

AFFIRMED.

NARDELLA, MIZE and GANNAM, JJ., concur.


Dinah S. Stein and Aneta K. McCleary, of Hicks, Porter, Ebenfeld & Stein, P.A., Miami, and Philip J. Wallace and Timothy D. Groves, of Telan, Meltz, Wallace & Eide, P.A., Maitland, for Appellant.

Douglas F. Eaton, of Eaton & Wolk, PL, Miami, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED